# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Joseph Hines                                                Docket No. 5:07-CR-61-1BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Hines, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 2, 2007, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

Joseph Hines was released from custody on May 20, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 11, 2014, the defendant tested positive for cocaine. This is the defendant's first positive drug test since starting supervision. As a result, the probation office is recommending that he complete a substance abuse assessment and be allowed to participate in the Surprise Urinalysis Program (SUP). Additionally, the probation office is recommending that Mr. Hines be allowed to participate in the HOPE Program (Drug/Reentry Court), if accepted. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Joseph Hines
Docket No. 5:07-CR-61-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Sr. U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Sr. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: December 23, 2014

## ORDER OF COURT

Considered and ordered this 23 day of December, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge